AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00226 |
| **TRAVIS BARTOW** | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 10/21/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **TRAVIS BARTOW**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 10/21/2022

2022.10.21
13:34:13 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/21/2022, and the person was arrested on *(date)* 10/28/2022
at *(city and state)* Nashville, TN.

Date: 10/28/2022

*Andrew Anoskey*
*Arresting officer's signature*

Andrew Anoskey   TFO FBI
*Printed name and title*